**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| IN RE: | CHAPTER | **11** |
|---|---|---|
| **Bon Secour Partners, LLC** | | |
| DEBTOR(S) | CASE NO | **09-37580-BJH-11** |

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **PRM Management of IL, the Manager** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/18/2009**          Signature: **/s/ Peter R. Morris, President**
*Peter R. Morris, President*
**PRM Management of IL, the Manager**