B6H (Official Form 6H) (12/07)

In re **Bon Secour Partners, LLC**　　　　　　　　　　　　　　Case No. **09-37580-BJH-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bon Secour Ventures, LLC**<br>Attn: Thomas J. Langan, Jr.<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582 | **Hancock Bank**<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 |
| **Peter R. Morris**<br>150 N. Wacker, Suite 1120<br>Chicago, IL 60606 | **Hancock Bank**<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 |
| **Peter R. Morris**<br>150 N. Wacker, Suite 1120<br>Chicago, IL 60606 | **Bridge Funding, Inc.**<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606 |
| **PRM Realty Group, LLC**<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606 | **Hancock Bank**<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 |
| **Thomas J. Langan, Jr.**<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582 | **Hancock Bank**<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 |