


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed January 5, 2010                                          **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re: § §
BON SECOUR PARTNERS, LLC, § § CASE NO. 09-37580-BJH-11
§
Debtor. § Chapter 11
§

### AGREED ORDER REGARDING DEBTOR'S STATUS AS
### A SINGLE ASSET REAL ESTATE

Upon consideration of Hancock Bank's *Motion for Determination that Debtor is a "Single Asset Real Estate" Bankruptcy and Memorandum in Support* (the "SARE Motion") [Docket No. 23] the Court finds that the parties have come to an agreement. It is therefore

**ORDERED** that the Debtor is a Single Asset Real Estate for purposes of 11 U.S.C. § 362(d)(3).

###END OF ORDER###

Prepared by:

/s/ Gerrit M. Pronske
Gerrit M. Pronske
State Bar No. 16351640
Christina W. Stephenson
State Bar No. 24049535
Jason P. Kathman
State Bar No. 24070036
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: cstephenson@pronskepatel.com
Email: jkathman@pronskepatel.com

**PROPOSED COUNSEL FOR DEBTOR**

AND

/s/ Robert P. Franke
Robert P. Franke
State Bar No. 17371200
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4400
Dallas, Texas 75202
(214) 651-4300 – Telephone
(214) 651-4330 – Facsimile
Email: Bob.Franke@strasburger.com

**COUNSEL FOR HANCOCK BANK**